1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  TODD ROBBEN, | No.  2:16-cv-2695 MCE KJN P |
| 12           Plaintiff, | |
| 13      v. | |
| 14  EL DORADO COUNTY, et al., | |
| 15           Defendants. | |
| 16 | |
| 17  TODD ROBBEN, | No.  2:16-cv-2696 WBS EFB P |
| 18           Plaintiff, | |
| 19      v. | |
| 20  CITY OF SOUTH LAKE TAHOE, et al., | |
| 21           Defendants. | |
| 22  TODD ROBBEN, | No.  2:16-cv-2697 JAM KJN P |
| 23           Plaintiff, | |
| 24      v. | |
| 25  EL DORADO COUNTY, et al., | |
| 26           Defendants. | |

27
28

1

| | |
|---|---|
| TODD ROBBEN,<br><br>    Plaintiff,<br><br>  v.<br><br>EL DORADO COUNTY, et al.,<br><br>    Defendants. | No. 2:16-cv-2698 JAM CMK P |
| TODD ROBBEN,<br><br>    Plaintiff,<br><br>  v.<br><br>GLENN NORLING,<br><br>    Defendant. | No. 2:16-cv-2699 WBS EFB P |
| TODD ROBBEN,<br><br>    Plaintiff,<br><br>  v.<br><br>CALAVERAS COUNTY SUPERIOR COURT, et al.,<br><br>    Defendants. | No. 2:16-cv-2884 JAM CMK P |
| TODD ROBBEN,<br><br>    Petitioner,<br><br>  v.<br><br>JOHN D'AGOSTINI,<br><br>    Respondent. | No. 2:16-cv-2742 CMK P |

ORDER

The court has received the Notice of Related Cases concerning the above-captioned cases filed December 15, 2016. See Local Rule 123. The court has, however, determined that it is inappropriate to relate and reassign the cases set forth above,[1] and therefore declines to do so.

---

[1] Plaintiff also sought to relate Robben v. D'Agostini, No. 2:16-cv-2723 JAM GGH P (petition for writ of mandamus). However, on January 5, 2017, case no. 2:16-cv-2723 JAM GGH was

1       IT IS SO ORDERED.

Dated: January 26, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/robben.862

terminated pursuant to plaintiff's notice of voluntary dismissal.  Id., ECF No. 8.

3