IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TODD ROBBEN,                                    No. 2:16-CV-2698-JAM-CMK-P

    Plaintiff,

 vs.                                              ORDER

EL DORADO COUNTY, et al.,

    Defendants.

_____/

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are plaintiff's motions for a stay of proceedings (Docs. 13 and 14).

        In his first motion for a stay (Doc. 13), plaintiff seeks an order staying "any order dismissing this case." Because the court has not issued any order dismissing the case, plaintiff's request will be denied as unnecessary. In his second motion for a stay (Doc. 14), plaintiff seeks an order staying this and a number of other actions pending in this court. Plaintiff states that prison officials have confiscated two boxes of his legal materials and requests that a stay of all his current civil actions "since I cannot even file amended complaint or any other paperwork." As there are no deadlines currently pending in the instant action, plaintiff's request will be denied

1

as unnecessary.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motions for a stay (Docs. 13 and 14) are denied.

DATED: August 7, 2018

/s/ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE